**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey A. MARTINOVICH, Defendant–Appellant.**

**No. 14–7159.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2014.

Decided: Dec. 18, 2014.

Jeffrey A. Martinovich, Appellant Pro Se. V. Kathleen Dougherty, Office of the United States Attorney, Norfolk, Virginia; Scott W. Putney, Norfolk, Virginia; Brian James Samuels, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Martinovich appeals the district court's order denying his motion for leave to file an amended brief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Martinovich,* No. 4:12–cr–00101–RGD–TEM–1 (E.D.Va. July 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*